AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

MICHELLE LEE H.,

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   1:21-CV-3019-LRS |
| KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| _____ | |
| *Defendant* | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2022

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 12) is GRANTED.
Defendant's Motion for Summary Judgment (ECF No. 15) is DENIED.
This case is REVERSED and REMANDED for further administrative proceedings consistent with the Order filed at ECF
No. 17 pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    Lonny R. Suko _____ on motions for
Summary Judgment.

Date:   7/12/2022 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Lee Reams _____
*(By) Deputy Clerk*

Lee Reams _____